# Affidavit

I, Kurt Graupmann, a Task Force Officer (TFO) with the Federal Bureau of Investigation ("FBI"), Cleveland Division, being duly sworn, depose and state as follows:

1. I have been employed as a Law Enforcement Officer at the Lorain Police Department since September 1998 and am currently assigned to the Criminal Investigations Division. While employed, I have conducted investigations of numerous state and federal criminal offenses including, violent crimes and narcotics offenses. I have gained experience through training at the Cleveland Heights Police Academy and everyday work related to these types of investigations.

2. I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code. I am familiar with investigations involving drug trafficking - I have previously been involved in investigations identifying whether drugs are personal use or used for sale. Drug users typically have small amounts of narcotics. Drug traffickers tend to have larger amounts along with drug paraphernalia such as a digital scale, bags, etc. Drug traffickers also typically have firearms - this is for the purpose of preventing themselves from getting robbed.

3. This affidavit is being submitted for the limited purpose of establishing probable cause that Joseph Smith, age 41, of Lorain, OH has violated Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) (Distribution and Possession with Intent to Distribute Controlled Substances). The statements contained in this affidavit are derived from

information provided to me by members of the Elyria Police Department ("EPD") as well as my own investigation of this matter. This affidavit does not include every fact known to me regarding this investigation. Your Affiant has set forth only the facts that he believes are necessary to establish the foundation for the issuance of the arrest warrant.

**Probable Cause**

4. Since January 2026, the Elyria Police Department and Federal Bureau of Investigation has had on going investigation into the INNES DTO. Detectives have conducted a series of controlled drug buys from INNES through multiple confidential informants who have been found to provide reliable information. These confidential informants have cooperated with Detectives for the purpose of obtaining judicial consideration and have prior drug possession history.

5. Detectives have conducted controlled drug buys from INNES to include Fentanyl and Cocaine. Detectives have sent the drugs purchased from INNES to the Bureau of Criminal Investigation Laboratory. These results were returned to the Elyria Police Department and showed the drugs texted positive for Fentanyl and Cocaine. Detectives have seen WILSON on surveillance with INNES while completing multiple drug deals throughout Lorain, Ohio.

6. On August 11, 2026, at approximately 2:51 p.m., an order was signed by the Honorable Philip J Calabrese, United States District Judge, authorizing the interception of wire and communications to and from cellular telephone numbers (440-687-6500, (IMSI) number 310280205621093, **TT-1**, service provided by AT&T corporation, subscribed to by **JUSTIN INNES**, with an address of 421

Foster Avenue Apartment 211C, Elyria, Ohio, know to be possessed and used by **JUSTIN INNES**, and the interception of wire and electronic communications to and from (267) 516-0026, (IMSI) number 311480300269218, **TT-2**, service provided by Verizon Wireless, with no subscriber information, known to be possessed and used by **JUSTIN INNES**.

7. On August 27, 2026, at approximately 1:00 p.m., Detectives began physical and electronic surveillance of the INNES DTO. Detectives observed INNES' Mazda3 bearing Ohio License Plate KTY8314, parked in the street near SHELDON WILSON'S residence of 4118 Norfolk Avenue, Lorain, Ohio.

8. On August 27, 2026, at approximately 1:13 p.m., Detectives observed INNES retrieve an item from the driver's side of his Mazda3 while WILSON'S Chrysler 300 is parked in the driveway of 4118 Norfolk Avenue. INNES appeared to place the item he retrieved from his Mazda3 in the front passenger seat area of WILSON'S Chrysler 300. Wilson then exited the driver's seat of his Chrysler 300 and sits in the front passenger seat as INNES gets in the driver's seat. The Chrysler 300 then left the residence, at approximately 3:15 p.m.

9. On August 27, 2026, at approximately 4:26 p.m., INNES and WILSON arrived at 3780 Pearl Road, Cleveland, Ohio (High Shifters Smoke Shop). INNES and WILSON entered the business through the front door of the business. An inquiry of the business revealed prior narcotics investigations through the Cleveland Police Department. The City of Cleveland has a current pending nuisance abatement against the business. It should also be noted that INNES and WILSON passed dozens of similar smoke shops on their way to this location. INNES and

WILSON left High Shifters Smoke Shop in the Chrysler 300 at approximately 5:21 p.m.

10. On August 27, 2026, at approximately 5:45 p.m., Detectives observed the Chrysler 300 pull into the Costa Oil Change parking lot, located at 38296 Colorado Avenue, Avon, Ohio. INNES and WILSON met with an employee, previously identified as Franklin Bailey.

11. On August 27, 2026, at approximately 5:55 Bailey walked back to the business and the Chrysler 300 left the parking lot. Detectives have observed INNES and WILSON go to the Costa Oil Change on multiple occasions. Detectives have never observed INNES or WILSON get an oil change done on their vehicle. Your Affiant believes Franklin Bailey is connected to the INNES DTO at some level and INNES and Wilson go to the Costa Oil Change to provided Franklin Bailey with narcotics.

12. INNES received two calls from one of his drug customers, Brian Cothran, one at 5:09 p.m., and another at 5:26 p.m. INNES did not answer either one of these calls. Detectives have observed INNES meet with Cothran multiple times at 1429 Westwood Drive, Lorain, Ohio. INNES and Wilson left the Costa Oil Change and traveled back to Lorain, Ohio.

13. On August 27, 2026, at approximately 6:33 p.m., INNES and Wilson arrived at 1429 Westwood Drive, Lorain, Ohio.

14. On August 27, 2026, at approximately 6:43 p.m., INNES received a text message from 833-792-4419 on his cellular telephone using phone number (267) 516-0026 (TT-2) which stated "Cash App: Brian James Cothran paid you $70.". Detectives

have listened to numerous voice call communications between INNES and Cothran. Detectives have observed Cothran ask INNES for "food" (*Heroin/Fentanyl*) and "cream" (*Crack-Cocaine or Methamphetamine)* on multiple occasion. Detectives know that after INNES meets with Cothran, Cothran will send a money transfer to INNES using Cash App. Cothran will typically send INNES $70 to $120 in U.S. Currency after these meetings. Your Affiant believes INNES and WILSON arrived at 1429 Westwood Drive to distribute narcotics to one of INNES' known drug customers, Brian Cothran, and believe the $70 payment on Cash App was the money INNES received for the above-mentioned drug transaction.

15. On August 27, 2026, at approximately 7:05 p.m., Detectives observed WILSON'S Chrysler 300 pull into 4219 Elyria Avenue, Lorain, Ohio. Detectives are familiar with this address and know INNES' associate Joseph Smith to reside at this residence. Smith is known as a low-level drug dealer, who is involved in an active drug investigation through the Lorain Police Department Narcotics Unit.

16. Lorain Police Narcotics officers had made a controlled narcotics buy with Joseph SMITH in early 2026.

17. On August 27, 2026, at approximately 7:27 p.m., WILSON'S Chrysler 300 left Smith's residence and Detectives terminated surveillance at that time. Throughout his investigation, Detectives have observed INNES go to 4219 Elyria Avenue on a regular basis. Detectives believe that INNES is Joseph Smith's drug supplier and believe that INNES and WILSON went to Smith's residence to re supply Smith with narcotics.

18. On September 8, 2026, the Honorable Judge Greenberg signed a residential search warrant for Joseph Smith's residence, 4219 Elyria Avenue, Lorain, Ohio.

19. On September 10, 2026, the Federal Bureau of Investigation SWAT team executed the search warrant at 4219 Elyria Avenue, Lorain, Ohio. The residence was secured and searched by members of the Elyria Police Department, Lorain Police Department, Federal Bureau of Investigation (FBI) and the Drug Enforcement Administration (DEA). During the search of the residence law enforcement located crack/cocaine.

20. In an interview subsequent to the execution of the search warrant at his residence, SMITH was advised of his Miranda Rights to which he advised he wished to speak with Detectives without his attorney present. SMITH admitted to investigators that he is a user of Heroin, and traffics crack/cocaine. SMITH will purchase approximately 2 ounces of Cocaine a week and cooks the powdered Cocaine into Crack-Cocaine in the kitchen of his residence. Detectives located approximately 18.3 grams of Crack-Cocaine inside SMITH'S residence. The Crack-Cocaine was located in a kitchen cabinet in a bowl sitting on a large digital scale. Next to the Crack-Cocaine, Detectives located small plastic baggies used for packaging Crack-Cocaine. The evidence located at SMITH'S residence corroborates SMITH'S admission that SMITH is in fact trafficking Crack-Cocaine from his residence.

## Conclusion

21. Based on the preceding, I believe that probable cause exists which indicates that Joseph Smith, of Lorain, OH, has violated Title 21 USC Section 841(a)(1) and (b)(1)(C) [Distribution and Possession with Intent to Distribute Controlled Substances].

Kurt Graupmann
Task Force Officer
Federal Bureau of Investigation

This affidavit was sworn to by the affiant by FaceTime after a PDF was transmitted by email, per Crim. R. 41(d)(3) this 10th day of September 2026.

James E. Grimes Jr., United States Magistrate Judge